1
2
3
4

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| STAR-LEE LOWNDES, on behalf of herself and all current and former aggrieved employees pursuant to the Labor Code Private Attorneys General Act of 2004, Labor Code § 2698 *et seq.*,<br>          Plaintiff,<br>vs.<br>REGIS CORPORATION, a Minnesota corporation, and DOES 1 through 10, inclusive,<br>          Defendants. | Case No. 1:16-cv-01041-LJO-SAB<br><br>Mag. Judge Stanley A. Boone<br><br>ORDER RE STIPULATION TO CONTINUE HEARING DATE ON MOTION TO REMAND AND SCHEDULING CONFERENCE |

**IT IS HEREBY STIPULATED** by and between Plaintiff Star-Lee Lowndes and Defendant Regis Corporation ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6 and Local Rules 143 and 144:

WHEREAS, on July 19, 2016, the Court issued an Order Setting a Mandatory Scheduling Conference for September 20, 2016;

WHEREAS, Plaintiff has filed a Motion to Remand this action to State Court, which Plaintiff noticed for hearing before Judge Boone on September 21, 2016;

WHEREAS, on August 29, 2016, the Court issued a Minute Order resetting the hearing on the Motion to Remand from September 21, 2016 to September 20, 2016;

WHEREAS, Defendant's counsel is unavailable on September 20, 2016;

WHEREAS, the parties have met and conferred and agree to continue the hearing on Plaintiff's Motion to Remand to the next Wednesday on which they are available, October 5,

2016 or, if more convenient for the Court, to October 26, 2016, the next Wednesday after October 5, 2016 on which they are available;

WHEREAS, the parties agree that continuing the date set for the Initial Scheduling Conference to the same date as the hearing on Plaintiff's Motion, October 5, 2016, will prevent the parties from incurring undue time and expense on travel;

WHEREAS, no prior continuances have been requested;

WHEREAS, continuing the hearing on the Motion to Remand and the Initial Scheduling Conference to October 5, 2016 will not affect the schedule for the case aside from the requested date changes and the attendant briefing schedule on Plaintiff's Motion to Remand;

WHEREAS, because the requested extension of time comprises 15 days, and the trial date has not been set, the effect on the schedule for the case should be minimal;

**NOW THEREFORE**, the parties hereto stipulate and agree that:

(1) The September 20, 2016 hearing date on Plaintiff's Motion to Remand is continued to October 5, 2016 or, if more convenient for the Court, October 26, 2016, and the briefing schedule will be set pursuant to the Federal Rules of Civil Procedure and Local Rules of the Eastern District of California; and

(2) The Initial Scheduling Conference set for September 20, 2016 is continued to the same date set for the hearing on Plaintiff's Motion to Remand, October 5, 2016 or, if more convenient for the Court, October 26, 2016.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Date: August 31, 2016                                               GAINES & GAINES, APLC

                                                      */s/ Alex P. Katofsky*  (with permission)
                                                      Kenneth Gaines
                                                      Daniel F. Gaines
                                                      Alex P. Katofsky
                                                      Evan S. Gaines

                                                      Attorney for Plaintiff
                                                     STAR-LEE LOWNDES

Date: August 31, 2016                                     SEYFARTH SHAW LLP


                                                          /s/ *Selyn Hong*
                                                          Catherine Dacre
                                                          Emily Barker
                                                          Selyn Hong

                                                          Attorney for Defendant
                                                              REGIS CORPORATION

## **ORDER**

Pursuant to the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The September 20, 2016 hearing date on Plaintiff's motion to remand is continued to October 5, 2016, at 10:00 a.m. in Courtroom 9 with the briefing schedule set pursuant to the Federal Rules of Civil Procedure and Local Rules of the Eastern District of California; and

2. The Initial Scheduling Conference set for September 20, 2016, is continued to November 15, 2016 at 3:30 p.m. in Courtroom 9.  The parties shall file a joint scheduling report seven days prior to the date on which the scheduling conference is set.

IT IS SO ORDERED.

Dated:   **September 1, 2016**

                                                          UNITED STATES MAGISTRATE JUDGE