# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR-LEE LOWNDES, | Case No. 1:16 -cv-01041-LJO-SAB |
| Plaintiff, | ORDER VACATING OCTOBER 5, 2016 HEARING |
| v. | |
| REGIS CORPORATION, | |
| Defendant. | |

On August 23, 2016, Plaintiff filed a notice to remand which is set for oral argument on October 5, 2016. The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set on October 5, 2016, at 10:00 a.m. in Courtroom 9 is HEREBY vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:   **September 29, 2016**

UNITED STATES MAGISTRATE JUDGE

1